UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Nicole M. May, beneficiary, Dennis M. May, co-beneficiary, Tami M. May, entering as next friend for Nicoel M. May is Tami M. May,<br><br>        Plaintiffs,<br><br>vs.<br><br>the United States, "the Trustee",<br>Lynn M. Thieman, "Co-Trustee" and<br>Lawful Revenue agent,<br><br>        Defendants. | Civil No. 12-1016 (RHK/AJB)<br><br><br><br>**DISQUALIFICATION AND**<br>**ORDER FOR REASSIGNMENT** |

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 19, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  May 7, 2012

                                       s/Richard H. Kyle
                                       RICHARD H. KYLE
                                       United States District Judge